IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRACEY W. MOSELEY, JR.         :

v.                              :      Case No. CCB-13-134

GOVERNMENT NATIONAL             :
MORTGAGE ASSOCIATION, *et al.*  :

## MEMORANDUM AND ORDER

Plaintiff Tracey Moseley, pro se, filed this action, which was removed from state court, seeking injunctive relief related to a "refinanced deed of trust." The court granted the defendants' motion to dismiss and denied Moseley's motion for remand on February 13, 2013. Moseley subsequently filed a motion to vacate the court's dismissal. His motion is most properly construed as a motion to alter or amend the court's judgment under Fed. R. Civ. P. 59(e), but Moseley also invokes Rule 60(b). Under either rule, Moseley has not demonstrated the "extraordinary circumstances" that would entitle him to relief. *See Aikens v. Ingram*, 652 F.3d 496, 500-01 (4th Cir. 2011); *Hutchinson v. Staton*, 994 F.2d 1076, 1081-82 (4th Cir. 1993); *see also U.S. v. Wilson*, 699 F.3d 789, 797 (4th Cir. 2012).

Accordingly, it is hereby ORDERED that:

1. Moseley's Motion to Vacate (ECF No. 17) is **Denied**; and

2. The Clerk shall send copies of this Memorandum and Order to Tracey Moseley and to counsel of record.

3/5/13
Date

Catherine C. Blake
United States District Judge